# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROCHELLE DUCUT,<br><br>            Plaintiff,<br><br>        v.<br><br>U.S. BANK, N.A., and others,<br><br>            Defendants. | Case No. 13-cv-00381 NC<br><br>**ORDER SETTING DATES**<br><br>Re: Dkt. Nos. 20, 22 |

Defendants submitted a case management statement without consulting plaintiff because they were unable to contact her.  The parties are currently scheduled to attend a case management conference on May 29, 2013.  That conference is VACATED, and defendants' motion to appear by phone is DENIED as moot.

Defendants' motion to dismiss is currently pending and will be fully briefed by May 31, 2013.  A hearing on the motion to dismiss is set for July 3, 2013.  The Court VACATES that hearing as well.

The Court will hear the motion to dismiss and conduct a case management conference on June 12, 2013 at 1:00 p.m. in Courtroom A, 15th Floor U.S. District Court, 450 Golden Gate Avenue, San Francisco.  The parties must confer and jointly file a case management statement by June 5, 2013.

IT IS SO ORDERED.

Date: May 22, 2013

Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-00381 NC
ORDER SETTING DATES