# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROCHELLE DUCUT,<br><br>             Plaintiff,<br><br>       v.<br><br>U.S. BANK, N.A., and others,<br><br>             Defendants. | Case No. 13-cv-00381 NC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

Plaintiff Rochelle Ducut seeks to quiet title on property in Antioch, California, as well as injunctive and declaratory relief regarding defendants' ability to foreclose on the property. Defendants moved to dismiss all of Ducut's claims on May 10, 2013. Ducut has not responded. Ducut also failed to appear at the June 12, 2013 hearing on the motion to dismiss and case management conference.

Civil Local Rule 7-3(a) requires parties to file and serve an opposition within fourteen days after a motion is filed. In the alternative, a party who does not oppose the motion must file a statement of nonopposition with the court within fourteen days. Civ. L. Rule 7-3(b). "Failure to follow a district court's local rules is a proper ground for dismissal." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). Accordingly, Ducut has fourteen days from the date of this order to oppose defendants' motion to dismiss, to file a case management statement, and to show cause why this action should not be dismissed. Ducut's failure to respond will result in dismissal.

IT IS SO ORDERED.

Date: June 12, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-00381 NC
ORDER TO SHOW CAUSE