1  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
2  KIMBERLY A. PAESE (State Bar No. 258594)
   kap@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendants
7  U.S. BANK NATIONAL ASSOCIATION, AS
   TRUSTEE, SUCCESSOR IN INTEREST TO
8  DEUTSCHE BANK NATIONAL TRUST
   COMPANY, AS TRUSTEE FOR
9  MORTGAGEIT TRUST 2005-AR1,
   MORTGAGE PASS THROUGH
10 CERTIFICATES, SERIES 2005 AR-1
   (erroneously sued herein as "U.S. Bank National
11 Association, as Trustee, Successor in Interest to
   Deutdche (sic.) Bank National Trust Company,
12 Series 2005-AR1") and EXECUTIVE TRUSTEE
   SERVICES, LLC dba ETS SERVICES, LLC
13

14                UNITED STATES DISTRICT COURT

15      NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

16

17 ROCHELLE DUCUT,                          Case No. 3:13-cv-00381-NC

18         Plaintiff,                       [PROPOSED] ORDER RE DISMISSAL

19    vs.                                   Action Filed:   January 28, 2013
                                            Trial Date:     None Set
20 U.S. BANK NATIONAL ASSOCIATION,
   AS TRUSTEE, SUCCESSOR IN INTEREST
21 TO DEUTDCHE BANK NATIONAL TRUST
   COMPANY, SERIES 2005-AR1, organized
22 and existing under laws of New York,
   EXCUTIVE TRUSTEE SERVICES, LLC
23 DBA ETS SERVICES, LLC, is organized and
   exists under the laws of the State of Texas,
24

25         Defendants.

26

27

28

19000.1508/2783113.1                                              3:13-cv-00381-NC
                                                    [PROPOSED] ORDER REGARDING DISMISSAL

1  On April 30, 2013, defendants U.S. Bank National Association, as Trustee, successor in interest to Deutsche Bank National Trust Company, as Trustee for MortgageIT Trust 2005-AR1, Mortgage Pass through Certificates, Series 2005 AR-1 (erroneously sued herein as "U.S. Bank National Association, as Trustee, Successor in Interest to Deutdche (sic) Bank National Trust Company, Series 2005-AR1") and Executive Trustee Services, LLC dba ETS Services, LLC, filed a motion to dismiss the Complaint filed by plaintiff Rochelle Ducut ("Plaintiff") in the above-captioned action. (Docket, Doc. Nos. 12, 16.) Plaintiff did not file an opposition to this motion within the time allowed under Civil Local Rule 7-3.

On June 12, 2013, the Court held the hearing on Defendants' motion to dismiss and a case management conference. Plaintiff did not appear and the Court issued an order to show cause as to why the case should not be dismissed for failure to prosecute ("Order"). (Docket, Doc. No. 32.) Pursuant to the Order, Plaintiff had until June 26, 2013 to respond. As of the date of this order, Plaintiff has not responded to the Order.

THEREFORE, and good cause appearing, the Court hereby orders as follows:

1. The entire above-captioned action is dismissed with prejudice.

2. Judgment is hereby ordered in favor of defendants U.S. Bank National Association, as Trustee, successor in interest to Deutsche Bank National Trust Company, as Trustee for MortgageIT Trust 2005-AR1, Mortgage Pass through Certificates, Series 2005 AR-1 (erroneously sued herein as "U.S. Bank National Association, as Trustee, Successor in Interest to Deutdche (sic) Bank National Trust Company, Series 2005-AR1") and Executive Trustee Services, LLC dba ETS Services, LLC.

**IT IS SO ORDERED.**

Dated: _____July 3, 2013_____



Honor_____
Judge Nathanael M. Cousins