MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
KIMBERLY A. PAESE (State Bar No. 258594)
kap@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORTGAGEIT TRUST 2005-AR1, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005 AR-1 (erroneously sued herein as "U.S. Bank National Association, as Trustee, Successor in Interest to Deutdche (sic.) Bank National Trust Company, Series 2005-AR1") and EXECUTIVE TRUSTEE SERVICES, LLC dba ETS SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| ROCHELLE DUCUT,<br><br>    Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO DEUTDCHE BANK NATIONAL TRUST COMPANY, SERIES 2005-AR1, organized and existing under laws of New York, EXCUTIVE TRUSTEE SERVICES, LLC DBA ETS SERVICES, LLC, is organized and exists under the laws of the State of Texas,<br><br>    Defendants. | Case No. 3:13-cv-00381-NC<br><br>[PROPOSED] ORDER RE DISMISSAL<br><br>Action Filed:   January 28, 2013<br>Trial Date:     None Set |

19000.1508/2783113.1

3:13-cv-00381-NC
[PROPOSED] ORDER REGARDING DISMISSAL

On April 30, 2013, defendants U.S. Bank National Association, as Trustee, successor in interest to Deutsche Bank National Trust Company, as Trustee for MortgageIT Trust 2005-AR1, Mortgage Pass through Certificates, Series 2005 AR-1 (erroneously sued herein as "U.S. Bank National Association, as Trustee, Successor in Interest to Deutdche (sic) Bank National Trust Company, Series 2005-AR1") and Executive Trustee Services, LLC dba ETS Services, LLC, filed a motion to dismiss the Complaint filed by plaintiff Rochelle Ducut ("Plaintiff") in the above-captioned action. (Docket, Doc. Nos. 12, 16.) Plaintiff did not file an opposition to this motion within the time allowed under Civil Local Rule 7-3.

On June 12, 2013, the Court held the hearing on Defendants' motion to dismiss and a case management conference. Plaintiff did not appear and the Court issued an order to show cause as to why the case should not be dismissed for failure to prosecute ("Order"). (Docket, Doc. No. 32.) Pursuant to the Order, Plaintiff had until June 26, 2013 to respond. As of the date of this order, Plaintiff has not responded to the Order.

THEREFORE, and good cause appearing, the Court hereby orders as follows:

1. The entire above-captioned action is dismissed with prejudice.

2. Judgment is hereby ordered in favor of defendants U.S. Bank National Association, as Trustee, successor in interest to Deutsche Bank National Trust Company, as Trustee for MortgageIT Trust 2005-AR1, Mortgage Pass through Certificates, Series 2005 AR-1 (erroneously sued herein as "U.S. Bank National Association, as Trustee, Successor in Interest to Deutdche (sic) Bank National Trust Company, Series 2005-AR1") and Executive Trustee Services, LLC dba ETS Services, LLC.

**IT IS SO ORDERED.**

Dated: _____July 3, 2013_____



Honor_____
Judge Nathanael M. Cousins